PER CURIAM.
 

 We affirm the appellant’s judgment and sentence. The prosecutor’s isolated statement concerning the law, which was arguably a misstatement, followed by the trial court’s proper instructions to the jury with respect to the law does not constitute grounds for reversal.
 
 See Lugo v. State,
 
 845 So.2d 74, 108-109 (Fla.),
 
 cert. denied,
 
 540 U.S. 920, 124 S.Ct. 320, 157 L.Ed.2d 216 (2003);
 
 Cabrera v. State,
 
 490 So.2d 200 (Fla. 3d DCA 1986);
 
 see also Fennie v. State,
 
 855 So.2d 597, 609 (Fla.2003),
 
 cert. denied,
 
 541 U.S. 975, 124 S.Ct. 1877, 158 L.Ed.2d 471 (2004).
 

 AFFIRMED.
 

 MONACO, C.J., GRIFFIN and PALMER, JJ., concur.